BEFORE THE SECOND DIVISION, OCTOBER 1, 1963

No. 68014.—M. Rothschild & Co., Inc. v. United States, protest 60/4010 (B) (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 68015.—F. J. Strauss Co., Inc. v. United States, protest 62/10909 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.